UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL NURSES UNITED, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al.,<br><br>          Defendants. | Civil Action No. 25-1538 (TNM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss and motion for relief from Local Civil Rule 7(n)(1)'s Requirements, and the entire record herein, it is hereby

ORDERED that Defendants' motion to dismiss is GRANTED,

ORDERED that Defendants' motion for relief from Local Civil Rule 7(n)(1)'s requirements is GRANTED; and it is further

ORDERED that Plaintiffs' Amended Complaint is dismissed WITH PREJUDICE.

SO ORDERED:

_____                    _____
Date                                                                 TREVOR N. MCFADDEN
                                                                              United States District Judge

a