UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL NURSES UNITED, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1538-TNM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF THE
ADMINISTRATIVE RECORD**

Upon consideration of Plaintiffs' motion to compel production of the administrative record, and the entire record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that, within seven days of the date of this order, Defendants shall file with the Court a certified list of the contents of the administrative record, and Defendants shall provide Plaintiffs with the documents contained in the administrative record.

So ORDERED this ___ day of _____, 2025.

_____
TREVOR N. MCFADDEN
United States District Judge