# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL NURSES UNITED, et al., *Plaintiffs*, v. ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Defendants*. | Civil Action No. 1:25-cv-1538-TNM |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND MOTION FOR RELIEF FROM LOCAL RULE 7(n)

Upon consideration of Defendants' motion to dismiss Plaintiffs' First Amended Complaint and motion for relief from Local Rule 7(n), Plaintiffs' opposition thereto, and the entire record in this case, it is hereby ORDERED that Defendants' motions are DENIED.

It is further ORDERED that, within seven days of the date of this order, Defendants shall file with the Court a certified list of the contents of the administrative record, and Defendants shall provide Plaintiffs with the documents contained in the administrative record.

So ORDERED this ___ day of _____, 2025.

_____
TREVOR N. MCFADDEN
United States District Judge
