**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL NURSES UNITED, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-1538-TNM |
| ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services, et al., | |
| *Defendants*. | |

**NOTICE OF DISMISSAL**

Plaintiffs filed this action to challenge actions that Defendants took to shut down certain components of the National Institute for Occupational Safety and Health and render them incapable of performing their statutorily required functions. *See* ECF 26. Plaintiffs understand that Defendants have since reversed the actions challenged in this case. Accordingly, Plaintiffs hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 23, 2026                                  Respectfully submitted,

                                                       /s/ Nicolas Sansone
Matthew Ginsburg (DC Bar No. 1001159)                  Nicolas Sansone (DC Bar No. 1686810)
Maneesh Sharma (DC Bar No. 1033407)                    Stephanie Garlock (DC Bar No. 1779629)
Bart Sheard (DC Bar No. 1542094)                       Allison M. Zieve (DC Bar No. 424786)
AFL-CIO                                                Public Citizen Litigation Group
815 Black Lives Matter Plaza NW                        1600 20th Street NW
Washington, DC 20006                                   Washington, DC 20009
(202) 637-5310                                         (202) 588-1000

*Counsel for Plaintiff AFL-CIO*                        *Counsel for All Plaintiffs*